Entered on Docket
September 29, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 28, 2014

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**DIAMOND McCARTHY LLP**
Andrew B. Ryan, Esq. (*pro hac vice*)
James D. Sheppard, Esq. (*pro hac vice*)
Michael Fishel, Esq. (*pro hac vice*)
1201 Elm Street, Suite 3400
Dallas, TX 75270
Telephone: 214-389-5300
Facsimile: 214-389-5399
aryan@diamondmccarthy.com
jsheppard@diamondmccarthy.com
mfishel@diamondmccarthy.com
*Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*

**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
Eric A. Nyberg, Esq. (Bar No. 131105)
Chris D. Kuhner, Esq. (Bar No. 173291)
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669
*Local Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HOWREY LLP,<br><br>Debtor.<br><br>———————————<br><br>ALLAN B. DIAMOND, Chapter 11 Trustee For Howrey LLP,<br><br>Plaintiff,<br><br>v.<br><br>JONES DAY<br><br>Defendant. | Case No: 11-31376 DM<br>Chapter 11<br>Hon. Dennis Montali<br><br><br><br>Adv. P. No. 13-03093 DM<br><br><br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS** |

For the reasons stated in the Court's Memorandum Decision on Motions to Dismiss issued on September 9, 2014 (ECF No. 48), Defendant's Motion to Dismiss is **GRANTED** without leave to amend as to the First Amended Complaint's Count V (Accounting pursuant to 11 U.S.C. § 542), Count VI (Turnover), and Count VII (Equitable Accounting); and the Motion to Dismiss is **DENIED IN ALL OTHER RESPECTS.**

A status conference in this matter will be held on October 22, 2014 at 9:30 a.m.

### End of Order ###

APPROVED AS TO FORM
AND CONTENT:

 /s/ Jason McDonell
Jones Day
51 Louisiana Ave. N.W.
Washington, DC 20001-2113